FILED IN CHAMBERS
U.S.D.C. ATLANTA

Date: Aug 12 2025

KEVIN P. WEIMER , Clerk

By: James Jarvis
**Deputy Clerk**

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MICHAEL HANKINS

**CRIMINAL COMPLAINT**

Case Number: 1:25-mj-831

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between on or about July 26, 2015 and on or about February 26, 2016, in DeKalb County, in the Northern District of Georgia, defendant did knowingly access with intent to view child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). Further, between on or about July 3, 2016 and on or about July 16, 2016, in the Northern District of Georgia, the defendant, did aid and abet ADMIN 1 in the advertisement of child pornography, in violation of 18 U.S.C. § 2251(d) and 18 U.S.C. § 2.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_Drew R. Steinmetz_
_____
Signature of Complainant
Special Agent Drew Steinmetz

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

August 12, 2025                              at   Atlanta, Georgia
_____                   _____
Date                                            City and State


CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE            _____
_____             Signature of Judicial Officer
Name and Title of Judicial Officer
AUSA Leanne Marek /
Leanne.marek@usdoj.gov

1

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Drew Steinmetz, hereby depose and state the following under penalty of perjury:

1.      I submit this affidavit in support of a criminal complaint authorizing the arrest of **MICHAEL HANKINS** ("SUBJECT") for violation of 18 U.S.C. § 2252(a)(4)(B) (access with intent to view child pornography) and 18 U.S.C. § 2251(d) and 18 U.S.C. § 2 (aiding and abetting the advertisement of child pornography) occurring within the Northern District of Georgia as detailed below.

2.      I have been employed as a Special Agent of the Federal Bureau of Investigation since 2016. As part of my duties as a FBI Special Agent, I have experience conducting criminal investigations involving child exploitation and child pornography and have participated in the execution of search warrants in such investigations. I am authorized to investigate crimes that involve the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2252. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included details of every aspect or each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the issuance of the complaint and requested warrant. I make this affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents, witnesses, documents, and records.

## PROBABLE CAUSE

3.      Between on or about July 2015 and on or about October 2016, a notorious Dark Website (hereinafter referred to as DARK WEBSITE 1)[1] was operational. DARK

---

[1] The name of DARK WEBSITE 1 is known to law enforcement but anonymized in this complaint affidavit to protect operational security. Although DARK WEBSITE 1 is no longer active, there are still outstanding dark web targets that once operated on this site like the SUBJECT.

WEBSITE 1 was dedicated to the advertisement and distribution of child pornography. I know from talking to other law enforcement agents and forensic examiners that DARK WEBSITE 1 had over 1,500 users who actively posted new content and engaged in online discussions involving the sexual exploitation of minors. DARK WEBSITE 1 had various sections containing forums and sub forums in which members posted messages and/or images for other members to view. For example, there were sections labeled "Girls" and "Boys," and within each of these sections were several forums, including: "Pre-teen Hardcore," "Pre-teen Softcore," "Model/Producer section," "Babies and toddlers" and "Requests." Typical posts contained text, preview images of child pornography and/or erotica available for download, links to external file sharing websites from which the advertised images or videos could be downloaded, and any required passwords.

4.      After a user registered for DARK WEBSITE 1, their status was elevated to "Awaiting Activation," not to "Member." To become a member, an administrator or moderator of the board had to approve a registered user's "application post," a post for application to full membership that required the inclusion of child pornography. If the posting did not clearly depict minors engaging in sexually explicit conduct, or other posting rules were not followed, a user was not approved for membership.

5.      Below are examples of files posted on DARK WEBSITE 1 that I have observed:

    a. On October 16, 2016, a user posted in a thread on DARK WEBSITE 1. The user had an image as his profile picture. The image depicted two prepubescent females. One minor is standing with her legs spread and her back to the camera, exposing her anus. The second minor is propping her

5

leg up on the first's back so she can expose her vagina to the camera.

b. On December 14, 2015, a user posted in a thread on DARK WEBSITE 1. The user had an image as his profile picture. The image depicted a prepubescent minor laying backwards so that her vagina is touching the erect penis of an adult male.

c. On January 16, 2016, a user posted in a thread on DARK WEBSITE 1. The user had an image as his profile picture. The image depicted a pre-pubescent female laying on a bed and inserting an object into her vagina.

6. Ultimately, law enforcement identified the lead administrator (hereinafter referred to as ADMIN 1) of DARK WEBSITE 1. In September 2016, law enforcement executed a residential search warrant at the location where ADMIN 1 was temporarily staying. Law enforcement seized ADMIN 1's digital devices, which were subsequently subjected to forensic examination. The results of the forensic examinations included, but were not limited to, locating backup copies of DARK WEBSITE 1 and chats exchanged over an encrypted peer-to-peer chatting platform (hereinafter referred to as "Encrypted Chatting Platform") between ADMIN 1 and other dark website users. Both items led law enforcement to other targets in the investigation, to include Michael Hankins (the "SUBJECT").

7. Law enforcement observed chats between ADMIN 1 and the SUBJECT on the Encrypted Chatting Platform (where the SUBJECT utilized a particular username that will hereinafter be referred to as USERNAME 1) between January 12, 2016, and September 30, 2016. ADMIN 1 and USERNAME 1 discussed several things including, but not limited to, the fact that USERNAME 1 had a sexual interest in minors, including

toddlers; USERNAME 1 discussed legal proceedings pertaining to child pornography activity on the Dark Web; USERNAME 1 discussed owning hard drives containing child pornography and watching live streams of minors engaged in sexually explicit conduct; USERNAME 1 discussed potentially meeting in person with ADMIN 1 to sexually abuse a female toddler; and USERNAME 1 provided the username he utilized on DARK WEBSITE 1 which will hereinafter be referred to as DARK WEBSITE USERNAME 1.

8.    Specifically, on February 19, 2016, ADMIN 1 and USERNAME 1 discussed whether USERNAME 1 could share with other users certain files of child pornography produced by ADMIN 1. During this conversation, ADMIN 1 sent USERNAME 1 links to DARK WEBSITE 1. In response, USERNAME 1 stated he utilized the username DARK WEBSITE USERNAME 1 on DARK WEBSITE 1.

9.    A review of the backup copies of DARK WEBSITE 1 revealed DARK WEBSITE USERNAME 1 was a member of DARK WEBSITE 1 from on or about July 26, 2015, through February 26, 2016. Further, DARK WEBSITE USERNAME 1 made an application post (as described above) on July 26, 2015. In the application post, DARK WEBSITE USERNAME 1 shared a link to a file along with the corresponding password. However, law enforcement was unable to access the file. There is reason to believe the file depicted child pornography since, as stated above, the rule for making an application post on DARK WEBSITE 1 was that if the posting did not clearly depict minors engaged in sexually explicit activity, a user would not be approved for membership. On July 28, 2015, DARK WEBSITE USERNAME 1 sent a message on DARK WEBSITE 1 with the subject line "hey" that stated in part, "I was admin over at [DARK WEBSITE 2][2]  before

---

[2] I know based on talking to a forensic examiner that DARK WEBSITE 2 was a site operating on the Tor network dedicated to exchange of child pornography. The site is no longer active.

the host decided to bail.  Even if they come back, I decided I wont continue the service anymore…"

10.     On July 3, 2016, while communicating on the Encrypted Chatting Platform, ADMIN 1 asked USERNAME 1 to loan him the cryptocurrency Bitcoin ("BTC") so that he could pay his monthly server bill for the server that was hosting DARK WEBSITE 1. In response, USERNAME 1 agreed to loan BTC to ADMIN 1 to make the payment for the server.  ADMIN 1 provided USERNAME 1 with BTC address 1MBGMgzQjes3R3JRPKUUrKpT5UMhXYpHcx to make the payment. Both USERNAME 1 and ADMIN 1 agreed to mix the funds on each users' end.[3] To return the favor, ADMIN 1 agreed to post child pornography on a site that USERNAME 1 was running at that time. The messages between USERNAME 1 and ADMIN 1 regarding this agreement are detailed below.

| DATE/TIME | USERNAME | MESSAGE |
|---|---|---|
| 7/3/16 2:12:58 | ADMIN 1 | Hey there, question when you are there |
| 7/3/16 2:19:02 | USERNAME 1 | :P |
| 7/3/16 2:19:04 | USERNAME 1 | hi |
| 7/3/16 2:19:13 | ADMIN 1 | hey |
| 7/3/16 2:19:27 | ADMIN 1 | Do you have any btc I can borrow for a week? |
| 7/3/16 2:19:46 | ADMIN 1 | I need like 10usd |
| 7/3/16 2:19:49 | USERNAME 1 | ;_; i am so poor |
| 7/3/16 2:20:00 | USERNAME 1 | for [DARK WEBSITE 1] hosting? |
| 7/3/16 2:20:01 | ADMIN 1 | yet you pay 100+ for the server monthly :p |
| 7/3/16 2:20:06 | ADMIN 1 | Yeah |

---

[3] A bitcoin mixer is a software service that breaks down funds into smaller sets and subsequently mixes them with other transactions. After this process, the recipient gets the same value in BTC, minus a fee, but receives a different set of coins. This makes BTC tracing more difficult, but not impossible, and breaks the link between those specific coins and an individual. Based on my training and experience, I know that individuals who traffic in CSAM will mix their cryptocurrency to conceal their identity.

| 7/3/16 2:20:15 | ADMIN 1 | btc exchange I use is being a bitch |
|---|---|---|
| 7/3/16 2:20:15 | USERNAME 1 | yes, thats eating all my money and more |
| 7/3/16 2:20:16 | USERNAME 1 | lol |
| 7/3/16 2:20:25 | ADMIN 1 | so need it for like 4 days |
| 7/3/16 2:20:30 | ADMIN 1 | until I get more |
| 7/3/16 2:20:35 | USERNAME 1 | [DARK WEBSITE 1] will be rip if i dont? :s |
| 7/3/16 2:20:43 | ADMIN 1 | umm, payment is due today |
| 7/3/16 2:20:44 | ADMIN 1 | lol |
| 7/3/16 2:20:48 | ADMIN 1 | sadly |
| 7/3/16 2:20:54 | ADMIN 1 | dont know how long i can push it |
| 7/3/16 2:20:55 | USERNAME 1 | :s |
| 7/3/16 2:21:14 | USERNAME 1 | funding a server like that is very very risky |
| 7/3/16 2:21:22 | ADMIN 1 | btc? |
| 7/3/16 2:21:23 | USERNAME 1 | i'll need something in return :P |
| 7/3/16 2:21:28 | ADMIN 1 | lol |
| 7/3/16 2:21:33 | ADMIN 1 | and what's that? :P |
| 7/3/16 2:21:49 | ADMIN 1 | and yeah, was expecting money to be there |
| 7/3/16 2:21:54 | ADMIN 1 | like 500usd worth |
| 7/3/16 2:22:01 | ADMIN 1 | but not until a few days |
| 7/3/16 2:22:02 | ADMIN 1 | ugh |
| 7/3/16 2:22:08 | USERNAME 1 | https://www.instagram.com/p/BGOr8eMJ4pS/?taken-by=[MINOR's NAME] cum on this picture :P |
| 7/3/16 2:22:35 | ADMIN 1 | lol |
| 7/3/16 2:22:57 | ADMIN 1 | That would be lewd :P |
| 7/3/16 2:23:44 | ADMIN 1 | I will try, but cant atm :P  Can only do it on my laptop |
| 7/3/16 2:23:44 | ADMIN 1 | lol |
| 7/3/16 2:24:08 | USERNAME 1 | its unreasobable to ask before i send it? :s |
| 7/3/16 2:24:51 | ADMIN 1 | I cant atm :P |
| 7/3/16 2:24:52 | ADMIN 1 | lol |
| 7/3/16 2:25:00 | USERNAME 1 | ;_; rip [DARK WEBSITE 1] |
| 7/3/16 2:25:02 | USERNAME 1 | XD |
| 7/3/16 2:25:03 | USERNAME 1 | jk |
| 7/3/16 2:25:05 | USERNAME 1 | i'll do it |
| 7/3/16 2:25:09 | ADMIN 1 | kek |
| 7/3/16 2:25:11 | ADMIN 1 | thanks |

9

| 7/3/16 2:25:22 | USERNAME 1 | you still have to do it tho :P |
|---|---|---|
| 7/3/16 2:25:34 | ADMIN 1 | lol |
| 7/3/16 2:25:35 | USERNAME 1 | just tomorrow i guess ;_; |
| 7/3/16 2:25:44 | ADMIN 1 | it is on my laptop, lol |
| 7/3/16 2:25:47 | ADMIN 1 | will be weird |
| 7/3/16 2:26:13 | USERNAME 1 | thats ok :P |
| 7/3/16 2:26:53 | USERNAME 1 | give me a few hours to do all the mixing and shit |
| 7/3/16 2:28:34 | ADMIN 1 | Actually |
| 7/3/16 2:28:35 | ADMIN 1 | need 4 |
| 7/3/16 2:28:36 | ADMIN 1 | lol |
| 7/3/16 2:28:39 | ADMIN 1 | 4usd |
| 7/3/16 2:28:41 | ADMIN 1 | kek |
| 7/3/16 2:28:43 | ADMIN 1 | so fucking close |
| 7/3/16 2:29:38 | USERNAME 1 | and be sure you put it through whatever mixer you use too |
| 7/3/16 2:29:47 | ADMIN 1 | of course :) |
| 7/3/16 2:29:59 | USERNAME 1 | i need a recommendation for one, lel |
| 7/3/16 2:30:14 | ADMIN 1 | foggeddriztrcar2.onion |
| 7/3/16 2:30:24 | ADMIN 1 | I can give you my fogger wallet address |
| 7/3/16 2:30:26 | ADMIN 1 | let it mix |
| 7/3/16 2:30:29 | ADMIN 1 | if you want |
| 7/3/16 2:30:32 | ADMIN 1 | or you do, then I do |
| 7/3/16 2:30:33 | ADMIN 1 | lol |
| 7/3/16 2:30:34 | ADMIN 1 | either way |
| 7/3/16 2:31:56 | USERNAME 1 | i suppose the most secure way would be to find someone on the silkroad or whatever is popular these days that does cash for btc over mail and send envelopes carefully free of any dna and mail it |
| 7/3/16 2:32:00 | USERNAME 1 | then mix it |
| 7/3/16 2:32:01 | USERNAME 1 | lol |
| 7/3/16 2:32:07 | ADMIN 1 | lol |
| 7/3/16 2:32:31 | ADMIN 1 | Sounds like allot of work :P |
| 7/3/16 2:32:36 | ADMIN 1 | I just pay btc |
| 7/3/16 2:32:39 | ADMIN 1 | for my hosting |
| 7/3/16 2:32:39 | ADMIN 1 | lol |
| 7/3/16 2:32:59 | ADMIN 1 | mix it in with the rest of the pedo btc |

| | | |
|---|---|---|
| 7/3/16 2:36:11 | ADMIN 1 | Actually |
| 7/3/16 2:36:25 | ADMIN 1 | I think I can buy some tomorrow quickly with a small rate |
| 7/3/16 2:36:30 | ADMIN 1 | it is is too much work for you, lol |
| 7/3/16 2:48:04 | ADMIN 1 | you there? |
| 7/3/16 2:49:33 | USERNAME 1 | yea :P |
| 7/3/16 2:49:42 | USERNAME 1 | i'll have it in a couple hours |
| 7/3/16 2:50:04 | ADMIN 1 | did you already send it to the fogger? |
| 7/3/16 2:51:28 | USERNAME 1 | not yet, i purchased it |
| 7/3/16 2:51:47 | ADMIN 1 | Ahh, didn't realize you had to purchase |
| 7/3/16 2:51:48 | ADMIN 1 | sorry :c |
| 7/3/16 2:52:45 | USERNAME 1 | ts ok :P |
| 7/3/16 2:53:27 | ADMIN 1 | Next time I post cp on your site |
| 7/3/16 2:53:30 | ADMIN 1 | you choose what :P |
| 7/3/16 2:55:24 | USERNAME 1 | :3 |
| 7/3/16 3:10:35 | USERNAME 1 | go ahead and get a btc address ready and send it to me |
| 7/3/16 3:11:06 | ADMIN 1 | are you washing it first or no? |
| 7/3/16 3:11:21 | USERNAME 1 | yes, but i still wish you would plz |
| 7/3/16 3:14:24 | ADMIN 1 | 14kCVfKhByVh8Rtfa4qJDjiXimzBDvF4oH |
| 7/3/16 3:14:26 | ADMIN 1 | thanks :) |
| 7/3/16 3:15:57 | USERNAME 1 | np :P |
| 7/3/16 3:17:26 | ADMIN 1 | Actually, here.  Use this fogger waller |
| 7/3/16 3:17:28 | ADMIN 1 | wallet |
| 7/3/16 3:17:29 | ADMIN 1 | 1MBGMgzQjes3R3JRPKUUrKpT5UMhXYpHcx |
| 7/3/16 3:20:53 | USERNAME 1 | ok :P |
| 7/3/16 4:06:32 | ADMIN 1 | anyway |
| 7/3/16 4:06:33 | ADMIN 1 | g2g |
| 7/3/16 4:06:36 | ADMIN 1 | bed time |
| 7/3/16 4:06:37 | ADMIN 1 | super tired |
| 7/3/16 4:07:19 | USERNAME 1 | ;_; |
| 7/3/16 4:07:23 | USERNAME 1 | its still going |
| 7/3/16 4:07:30 | USERNAME 1 | can it wait until morning? |
| 7/3/16 4:07:34 | USERNAME 1 | i mean |
| 7/3/16 4:07:34 | ADMIN 1 | Yeah it can |
| 7/3/16 4:07:37 | ADMIN 1 | no problem |
| 7/3/16 4:07:40 | USERNAME 1 | it will be there in the morning |

11

| | | |
|---|---|---|
| 7/3/16 4:07:45 | USERNAME 1 | in a few hours |
| 7/3/16 4:07:48 | ADMIN 1 | cool |
| 7/3/16 4:07:55 | ADMIN 1 | dont wait up for it or anything |
| 7/3/16 4:07:56 | ADMIN 1 | lol |
| 7/3/16 4:08:00 | ADMIN 1 | just go to bed |
| 7/3/16 4:08:04 | ADMIN 1 | I will get it tomorrow |
| 7/3/16 4:09:31 | ADMIN 1 | Thanks again |
| 7/3/16 4:09:39 | ADMIN 1 | jerk off the sexy toddler porn |
| | | |
| 7/3/16 5:04:23 | ADMIN 1 | Heya |
| 7/3/16 5:04:25 | ADMIN 1 | thanks :D |
| 7/3/16 7:55:43 | USERNAME 1 | :3 |
| 7/3/16 7:55:54 | USERNAME 1 | no problem |
| 7/3/16 9:15:29 | USERNAME 1 | was it enough? ;s |
| 7/3/16 9:44:11 | ADMIN 1 | Yeah! |
| 7/3/16 9:44:15 | ADMIN 1 | Got it :) |
| 7/3/16 0:42:26 | USERNAME 1 | noice :P |

11.    On July 13, 2016, ADMIN 1 messaged USERNAME 1 that he had BTC, was going to "wash" the cryptocurrency, and pay USERNAME 1 back for the BTC he gave him to pay for the server hosting DARK WEBSITE 1.[4] On July 14, 2016, ADMIN 1 asked USERNAME 1 if he had a BTC address that he could send the cryptocurrency to. USERNAME 1 provided ADMIN 1 with BTC address 1LBDSQTJN7LADJRRb8AQNjEj6uKBrihcS9 and stated that it was the public donation address for the website "https://librechan.net/hebe/res/12816.html."[5]   Three days later, on July 16, 2016, USERNAME 1 confirmed he received the payment from ADMIN

---

[4] I know based on my training and experience that the word "wash" in this context refers to mixing the BTC.

[5] While chatting with ADMIN 1, DARK WEBSITE USERNAME 1 confirmed he was running a Clearnet site titled, "Librechan." Librechan is no longer an active site. However, hundreds of reports have been submitted to the National Center for Missing and Exploited Children ("NCMEC") regarding the Librechan containing child sexual abuse material.

1. Below are the messages between ADMIN 1 and USERNAME 1 regarding this transaction.

| 7/14/16 2:48:08 | ADMIN 1 | have a btc address? |
|---|---|---|
| 7/14/16 2:48:16 | USERNAME 1 | https://librechan.net/hebe/res/12816.html |
| 7/14/16 2:48:29 | USERNAME 1 | yea, you can give it to the public address :P |
| 7/14/16 2:48:39 | ADMIN 1 | lol, wow |
| 7/14/16 2:48:40 | ADMIN 1 | nice |
| 7/14/16 2:48:52 | USERNAME 1 | 1LBDSQTJN7LADJRRb8AQNjEj6uKBrihcS9 |
| | | |
| 7/14/16 2:50:20 | ADMIN 1 | Sent 20 |
| 7/14/16 2:50:22 | ADMIN 1 | And yay! |
| 7/14/16 2:50:29 | ADMIN 1 | 20usd |
| 7/14/16 2:50:31 | ADMIN 1 | not btc :P |
| 7/14/16 2:50:46 | USERNAME 1 | XD |
| | | |
| 7/16/16 2:34:10 | ADMIN 1 | Hey, did the money go through? |
| 7/16/16 2:38:53 | USERNAME 1 | yes, its good :P |
| 7/16/16 2:38:56 | USERNAME 1 | using it tomorrow |
| 7/16/16 2:40:29 | ADMIN 1 | good good :) |

12.     Law enforcement used advanced cryptocurrency tracing tools to link the BTC wallet address 1LBDSQTJN7LADJRRb8AQNjEj6uKBrihcS9 — which USERNAME 1 provided to ADMIN 1 — to the SUBJECT. During the course of the investigation into the SUBJECT, law enforcement determined the SUBJECT used mixers, including Bitmixer.io[6], to mix cryptocurrency. Law enforcement further determined that several deposits from Bitmixer.io were traced back to the same Circle.com ("Circle") account.[7] On or about January 29, 2025, law enforcement sent legal process to Circle requesting information associated with these transactions.  On February 12, 2025, law enforcement

[6] Bitmixer.io was a BTC mixing (or tumbling) service was previously operational.
[7] Circle.com is a financial technology company that specializes in digital currency and blockchain-based financial services.

received a response from Circle showing these Bitmixer.io transactions originated from the same Circle ID number of "13469061."   Circle records showed this account was registered to "Michael Hankins" with a listed address of Atlanta, Georgia 30338,[8] and a registered email address of "michaelhnkins@gmail.com." The account was opened on October 11, 2015, and its last use was on November 9, 2016. The records further showed that the account was funded by a VISA debit card ending in 7601 and that the card was linked on April 9, 2016.[9] Circle also provided Internet Protocol ("IP") addresses associated with the account activity that show IP addresses that resolves back to the Atlanta, Georgia area between December 14, 2015 and October 9, 2016.

13.    After observing the SUBJECT's modus operandi for how he used cryptocurrency wallets and mixers during the course of the investigation, law enforcement then reviewed the BTC blockchain[10] again for the transaction where USERNAME 1 sent ADMIN 1 BTC to help pay for the server of DARK WEBSITE 1. As noted above, ADMIN 1 requested USERNAME 1 assist him with paying for the server of DARK WEBSITE 1 on July 3, 2016, at 3:17 UTC, to which USERNAME 1 agreed. Approximately 25 minutes later, at 3:42 UTC, records from Circle show the SUBJECT used his VISA debit card ending in 7601 to purchased $60 worth of BTC (matching the conversation where USERNAME 1 stated, "not yet, i purchased it" and ADMIN 1 responding with "Ahh, didn't realize you had to purchase"). The records further show that at 6:05 UTC, SUBJECT's Circle account sent funds to BTC address

---

[8] The area code of 30338 serves the city of Atlanta and the surrounding area of DeKalb County, Georgia including parts of Dunwoody and Sandy Springs.

[9] The investigation revealed the SUBEJCT's Wells Fargo Bank account's debit card ends in the same four numbers of 7601.

[10] The BTC blockchain is a decentralized, public ledger that records all BTC transactions. Every time someone sends or receives BTC, that transaction is verified and added to the blockchain. Anyone can view the entire history of BTC transactions using a blockchain explorer.

15iFcHusuNfb4ijFwahyGYKNrbG6wnD4wD which law enforcement identified as a Bitmixer.io address. By reviewing the blockchain, law enforcement observed that a few hours later at 10:24 UTC, Bitmix.io sent BTC to the cryptocurrency wallet address provided by ADMIN 1 to USERNAME 1 to make the payment. A few hours later, ADMIN 1 sent USERNAME 1 a message on the Encrypted Chatting Platform that said, "thanks :D." Prior to the chat with ADMIN 1 on July 3, 2016, the SUBJECT's Circle account was last logged into on June 20, 2016. The Circle records show that on the same date and time these transactions took place, the SUBJECT accessed his Circle account from IP address 107.77.233.36 which resolved back to the Atlanta, Georgia area.

14.     On March 20, 2016, while communicating on the Encrypted Chatting Platform, ADMIN 1 and USERNAME 1 discussed where they lived. ADMIN 1 stated he lived in a particular state in the United States and USERNAME 1 stated, "Im really in GA" and "i live in the atlanta area." Law enforcement's investigation into the SUBJECT has shown he has always lived in or around the Atlanta, Georgia area.

15.     The investigation further revealed that the SUBJECT has accounts at several cryptocurrency exchanges, including at Coinbase.com ("Coinbase"). On February 25, 2025, law enforcement sent a subpoena to Coinbase for records associated with SUBJECT's account. On February 27, 2025, Coinbase responded and provided information for an account in the name of Michael Hankins registered to email address michaelhnkins@gmail.com that was created on March 5, 2013. The Coinbase records further revealed that the SUBJECT listed his phone number as 770-335-0433 and the account was created on or about March 5, 2013. A Wells Fargo checking account is linked to the Coinbase account. At the time the subpoena was served, the most recent action

15

listed on the account was on February 26, 2025. The day prior, February 25, 2025, the Coinbase records showed the account was accessed from IP address 73.106.99.207.

16.    On March 14, 2025, law enforcement sent a subpoena to Wells Fargo for information concerning the Wells Fargo account linked to the Circle records. On April 21, 2025, Wells Fargo responded and provided information for an account in the name of Michael Hankins. The bank records revealed a social security number and a date of birth that matched SUBJECT's. Review of the records between July 3, 2016 and July 13, 2016, shows numerous purchases from local fast-food restaurants, a local gas station, and a local Walmart within the Northern District of Georgia.

17.    Law enforcement determined IP address 73.106.99.207 was associated with a Comcast Cable IP address in Georgia. On March 11, 2025, law enforcement served a subpoena on Comcast Cable for information associated with the use of IP address 73.106.99.207 on February 25, 2025. Comcast Cable responded that same day and provided information that IP address 73.106.99.207 was associated with Michael Hankins, with a service address of 300 Prominence Point Pkwy, Apt 5302, Canton, GA 30114. The records further show that this IP address was associated with the SUBJECT beginning on September 12, 2024.

18.    On March 17, 2025, a Pen Register and Trap-and-Trace ("PRTT") for the SUBJECT's IP address 73.106.99.207 was authorized by a magistrate judge in the Northern District of Georgia. Law enforcement started receiving data from the PRTT on or about March 19, 2025. A review of the data as of May 6, 2025, showed that a user or users of the residential Internet account at the SUBJECT's residence, accessed the Tor network every day between March 19, 2025, and April 22, 2025, and April 30, 2025, and

May 6, 2025. There was a problem with the data transfer from Comcast on the days where Tor network traffic was not identified. On May 22, 2025, the PRTT was authorized to be renewed. Law enforcement started receiving data from the renewed PRTT on or about May 29, 2025. A review of the data as of July 20, 2025, showed that a user or users of the residential Internet account at the SUBJECT's residence accessed the Tor network every day between May 29, 2025, and July 20, 2025.

19.     On July 31, 2025, the Honorable Catherine M. Salinas, United States Magistrate Judge, Northern District of Georgia, Atlanta Division, authorized a search warrant of the SUBJECT's residence located at 300 Prominence Point PKWY, APT 5302, Canton, Georgia 30114 and the SUBJECT's person.

20.     On August 12, 2025, the residential search warrant was executed.

21.     Based on the facts above, there is probable cause to believe that between on or about July 26, 2015 and on or about February 26, 2016, in the Northern District of Georgia, **MICHAEL HANKINS**, utilized DARK WEBSITE USERNAME 1 to access with the intent view child pornography on DARK WESBITE 1, in violation of 18 U.S.C. § 2252(a)(4)(B). Further, that between on or about July 3, 2016 and on or about July 16, 2016, in the Northern District of Georgia, **MICHAEL HANKINS**, did aid and abet ADMIN 1 in the advertisement of child pornography, in violation of 18 U.S.C. § 2251(d) and 18 U.S.C. § 2.